# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division

**TO:**  
Jacqueline W. Sharman

**In re:** Peter Bradley Lubinskas

**Case Number** 14–35676–KRH  
**Chapter** 13

**YOU ARE ADVISED AS FOLLOWS CONCERNING PAPERS FILED BY YOU WHICH CONTAIN DEFICIENCIES:**

*24* – Amended Motion to Substitute Attorney filed by Jacqueline W. Sharman of Bowen Ten Cardani, P.C. on behalf of Amy Kathleen Lubinskas. (Sharman, Jacqueline)

**REQUIREMENTS OF FORM/PROCESS:**

— Not in compliance with LBR 5005–1(C)(3). Papers, including attachments and exhibits, shall be of standard weight and letter size (8 1/2 by 11 inches), photo–reduced if necessary, with top margin not less than 1 1/2 inches and, except for exhibits, pre–punched with two holes at the top; multi–page pleadings to be fastened into sets at the top; and all paper presented for filing at the same time arranged in case number order.

— Caption. If joint case, both debtors' names must be listed in caption.

— Attorney filing pleading is not the attorney of record in the case for this party. Please take appropriate action to correct. [LBR 2090–1]

— Proof of Service not in compliance with LBR 5005–1(C)(8). The full names and addresses should be listed for each person or entity served, including when service is made upon the list of the twenty largest unsecured creditors and insured depository institutions as required under FRBP 7004(h). A copy of the proof of service attached to the original document filed with the Clerk shall be attached to the document served.

— Diskette did not contain the document indicated on the label **or** did not pertain to the case indicated. Please review this filing for possible error and file a diskette containing any appropriate amendment/correction.

— Diskette not properly labeled. Diskettes must be labeled with the case name, case number, adversary proceeding number (*if applicable*), description of document, and name and telephone number of attorney.

— Not accompanied by "Request for Waiver to File by Computer Diskette or Conventionally."* Parties represented by attorneys and governmental units and institutional entities must file via the Internet or complete and file a Request for Waiver in order to file by computer diskette or conventionally. Future noncompliant filings will be forwarded to the Court for determination/appropriate action.

— Counsel filing papers, suits or pleadings, or making an appearance, must be a member of the Bar of this Court or have a member of the Bar of this Court join in the pleading by endorsement. [LBR 2090–1(F)]

— All pleadings and proposed orders shall include on the first page thereof the name, state bar number, complete mailing address and telephone number of the attorney (or pro se party) filing same and the name of the party whom the attorney represents. [LBR 5005–(C)(5) and LBR 9022–1]

— All pleadings, motions and other papers required to be served upon a party shall be accompanied by a proof of service signed by counsel (or pro se party) certifying that copies were served and detailing date and manner of service. If less than all parties were served, proof of service shall name parties served. [LBR 2002–1(F)]

**X** Document should reflect the correct case number and be docketed in 14–36831

*A copy of the above–referenced form may be obtained from the Court's web site at www.vaeb.uscourts.gov*

Date:  December 31, 2014                    CLERK, UNITED STATES BANKRUPTCY COURT

[igformvOct2010.jsp]

By /s/ Suzan Ramirez–Lowe, Deputy Clerk  
Direct Dial Telephone No. 804–916–2421

United States Bankruptcy Court
Eastern District of Virginia

In re:  
Peter Bradley Lubinskas  
     Debtor

Case No. 14-35676-KRH  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0422-7     User: ramirez-l     Page 1 of 1     Date Rcvd: Dec 31, 2014  
                 Form ID: igform     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 02, 2015.
       +Jacqueline Sharman,   3957 Westerre Pkwy Ste 105,   Richmond, VA 23233-1319

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 02, 2015                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 31, 2014 at the address(es) listed below:
      Amanda Erin DeBerry   on behalf of Debtor Peter Bradley Lubinskas ecf@bolemanlaw.com, ecfbackup@bolemanlaw.com  
      Carl M. Bates    station01@richchap13.com, station10@richchap13.com;station03@richchap13.com;station07@richchap13.com;station06@richchap13.com  
      Douglas S. Rubin   on behalf of Creditor   PNC Bank, National Association rubin.doug@gmail.com, mfreeman@siwpc.com;ewhite@siwpc.com;klane@siwpc.com;bjordan@siwpc.com;jmuncy@siwpc.com;ecfva1@siwpc.com;ecfva2@siwpc.com;ecfva3@siwpc.com;  
      Jacqueline W. Sharman   on behalf of Debtor Amy Kathleen Lubinskas jsharman@btclawva.com, bmelton@btclawva.com  
      Judy A. Robbins, 11    USTPRegion04.RH.ECF@usdoj.gov  
      Patrick Thomas Keith   on behalf of Debtor Peter Bradley Lubinskas ecf@bolemanlaw.com, ecfbackup@bolemanlaw.com  
      Robert B. Van Arsdale   on behalf of U.S. Trustee Judy A. Robbins, 11 Robert.B.Van.Arsdale@usdoj.gov  
      Susan Hope Call   on behalf of Trustee Carl M. Bates susancall@richchap13.com, station15@richchap13.com
                                                                               TOTAL: 8